■ In the Matter of JEREMY MARQUISE CARTER, Petitioner, v SUPREME COURT, NASSAU COUNTY, Respondent. [30 NYS3d 834]— Proceeding pursuant to CPLR article 78 in the nature of mandamus to compel the respondent to determine a certain motion in an underlying action entitled *Carter v Botero*, pending in the Supreme Court, Nassau County, under index No. 10901/12, and application by the petitioner to prosecute the proceeding as a poor person.

Ordered that the application for leave to prosecute the proceeding as a poor person is granted to the extent that the filing fee imposed by CPLR 8022 (b) is waived, and the application is otherwise denied as academic; and it is further,

Adjudged that the petition is dismissed, without costs or disbursements.

This Court does not have subject matter jurisdiction to entertain this proceeding (*see* CPLR 506 [b]; 7804 [b]). Rivera, J.P., Austin, Roman and Cohen, JJ., concur.